NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000824
19-DEC-2024
07:53 AM
Dkt. 17 ODSLJ

NO. CAAP-24-0000824

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TREVOR STEPHENS, Plaintiff-Appellee, v.
AARON DEUTSCH and EMILY WESSEL, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NO. 3DRC-24-0000724)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

On December 12, 2024, self-represented Defendants-Appellants Aron Deutsch and Emily Wessel (together, **Tenants**) filed a notice of appeal from an interlocutory district court order deciding several motions. We take judicial notice under Rule 201 of the Hawaii Rules of Evidence that the district court started trial on November 1, 2024, but trial has not been completed. Hawaii Revised Statutes § 641-1(a) (2016) permits appeals in civil matters from all final judgments, orders, or decrees of the district courts. The orders from which Tenants appeal are not final, appealable orders.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction. All pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, December 19, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge